IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. 1568927/36 & 1568928/36

UNITED STATES OF AMERICA,

FTA 4/6/10

Plaintiff,

vs.

1. CHRISTOPHER J. LLOYD,

Defendant.

---

## MINUTE ORDER CONTINUING CASE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge's Office contacted the Defendant at the number listed on the above-referenced violations on March 8, 2010 because the address listed on the violation was incorrect and his Notices to Appear had come back as non-deliverable, therefore:

**IT IS HEREBY ORDERED** that this matter is rescheduled for initial appearance on **April 6, 2010 at 9:00 a.m. in the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303**.

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: March 8, 2010**

---

### Certificate of Mailing

I hereby certify that on the 8th day of March, 2010, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

| | |
|---|---|
| U. S. Attorney's Office | Christopher J. Lloyd |
| 103 Sheppard Drive, Suite 215 | 5557 County Road 510 |
| Durango, Colorado 81303 | Durango, Colorado 81137 |

By: *Shirley W. Dills*
**Assistant to Magistrate Judge**