IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. 1568927/36 & 1568928/36

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. CHRISTOPHER J. LLOYD,

Defendant.

---

## MINUTE ORDER CONTINUING CASE

---

### ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST

The Defendant contacted the Magistrate Judge's office on the afternoon of April 6, 2010 and stated that he though he had Court the next day, therefore:

**IT IS HEREBY ORDERED** that this matter is rescheduled for initial appearance on May 4, 2010 at 9:00 a.m. in the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

DATED: April 13, 2010

---

### Certificate of Mailing

I hereby certify that on the 13th day of April_____, 2010, a true and correct copy of the foregoing Minute Order was placed in the U.S. Mail, postage prepaid, to the following:

U. S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Christopher J. Lloyd
5557 County Road 510
Durango, Colorado 81137

1

By: *Shirley W. Dills*
Assistant to Magistrate Judge