# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 11-PO-00120-DLW |
| CHRISTOPHER J. LLOYD | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 13, C.R.S. 42-4-1402 and 18 U.S.C. 1152 | Carless Driving | December 15, 2009 | One |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **CVB** | **Fine** |
|---|---|---|---|
| **Total:** | $10.00 | None | $150.00 |

Defendant shall pay fine and special assessment fee in full by August 1, 2011.  If not paid in full by August 1, 2011 he must appear before the Magistrate Judge on August 2, 2011 at 10:00 a.m.

May 17, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U. S. Magistrate Judge
Name and Title of Judicial Officer

May 17, 2011
Date