IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation Nos. 1568927/36 & 1568928/36

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. CHRISTOPHER LLOYD,

Defendant.

## MINUTE ORDER CONTINUING CASE

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Due to the fact that a U. S. District Court Judge from Denver, Colorado will be using the courtroom in Durango to hold a 10 day jury trial, the Petty Offense Docket previously scheduled for Tuesday, May 3, 2011 will be vacated, therefore;

**IT IS HEREBY ORDERED** that this matter is rescheduled for further proceedings on **May 17, 2011 at 10:00 a.m. in the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303**.

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: March 23, 2011**

### Certificate of Mailing

I hereby certify that on the 24th day of March, 2011, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

U. S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

Christopher J. Lloyd
777 E. 8th Avenue, #B
Durango, Colorado 81301

3/23/11

1

By: /s/ *[signature]*
Assistant to Magistrate Judge